PALMA, Appellant, v. UNION FORK & HOE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Action by Michael Palma against the Union Fork & Hoe Company. No opinion. Judgment affirmed, with costs.

PALMESO, Respondent, v. MORGAN, Appellant. (Supreme Court, Appellate Division, Second Department. February 16, 1912.) Action by Frank Palmeso, an infant, by Giuseppe Palmeso, his guardian ad litem, against Edwin D. Morgan. No opinion. Order affirmed, with $10 costs and disbursements.

PARKS, Appellant, v. SECOND NAT. BANK OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by John H. Parks against the Second National Bank of the City of New York. · M. H. Grossman, for appellant. J. A. Carver, for respondent. No opinion. Judgment affirmed, with costs. on authority of Parks v. Knickerbocker Trust Co., 137 App. Div. 719, 122 N. Y. Supp. 521. Order filed.

PAUL, Respondent, v. CONSOLIDATED FIREWORKS CO. OF AMERICA, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Henry· Paul, an infant, etc., against the Consolidated Fireworks Company of America.
PER CURIAM. Judgment and order affirmed, with costs. See, also, 141 App. Div. 776, 126 N. Y. Supp. 768.
WOODWARD, J., dissents.

PEARSON, Appellant, v. REED et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Action by Rodman J. Pearson against William L. Reed and another. No opinion. Judgment reversed, without costs, and case remitted to the Special Term for formal decision.

In re PECK. (Supreme Court, Appellate Division, First Department. February 9, 1912.) In the matter of Arza C. Peck, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 128 App. Div. 929, 113 N. Y. Supp. 1141; 144 App. Div. 898, 129 N. Y. Supp. 1139.

PENNICA, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Ignacio Caligola Pennica against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motions to resettle order denied, without costs. See, also, 133 N. Y. Supp. 295.

PEOPLE, Respondent, v. CALABRESE, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Proceeding by the People of the State of New York against Michael Calabrese.
PER CURIAM. Judgment of conviction of the County Court of Westchester County reversed, for error in the reception of evidence to prove the general reputation of the house (People v. Mauch, 24 How. Prac. 276; People v. Hulett, 61 Hun, 620, 15 N. Y. Supp. 630, 631), and new trial ordered.

PEOPLE v. COHEN. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Proceeding by the People of the State of New York against Eli Cohen. No opinion. Motion granted. Settle order on notice. See, also, 133 N. Y. Supp. 103.

PEOPLE, Respondent, v. COLE, Appellant. (Supreme Court, Appellate Division, First Department. February 2, 1912.) Proceeding by the People of the State of New York against Morton Cole. C. L. Jordan, for appellant. R. S. Johnstone, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. DE PALMO, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Proceeding by the People of the State of New York against Antonio De Palmo. No opinion. Judgment of conviction of the County Court of Westchester County affirmed.

PEOPLE, Respondent, v. DORY, Appellant. (Supreme Court, Appellate Division, First Department. February 2, 1912.) Proceeding by the People of the State of New York against Andrew Dory. G. L. Jordan, for appellant. R. C. Taylor, for the People. No opinion. Judgment and order affirmed. Order filed. See, also, 145 App. Div. 917, 129 N. Y. Supp. 1139.

PEOPLE, Respondent, v. EARING, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Proceeding by the People of the State of New York against Vernon Earing.
PER CURIAM. Judgment affirmed, on opinion of Ross, County Judge, reported in 71. Misc. Rep. 615, 130 N. Y. Supp. 1099.
KRUSE and ROBSON, JJ., dissent.

PEOPLE, Respondent, v. ELEFANTO, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Proceeding by the People of the State of New York against Giuseppe Elefanto. No opinion. Motion denied, on condition that the appellant perfect his appeal forthwith, place the case on the calendar, and be ready for argument when reached; otherwise, motion granted.

PEOPLE v. FRIEDEBAUM. (Supreme Court, Appellate Division, First Department.